# United States Court of Appeals
## For the First Circuit

No. 19-1264

JESUS ROJAS-TAPIA,

Petitioner - Appellant,

v.

UNITED STATES,

Respondent - Appellee.

Before

Lynch, Kayatta and Barron,
Circuit Judges.

**JUDGMENT**

Entered: January 23, 2020

     Petitioner-Appellant Jesus Rojas-Tapia seeks review of the district court's denial of his 28 U.S.C. § 2255 motion featuring a challenge to his 18 U.S.C. § 924(c) conviction based on Johnson v. United States, 135 S. Ct. 2551 (2015) (Johnson II), and related precedent. When denying relief, the district court relied primarily, if not exclusively, on this court's decision in United States v. Douglas, 907 F.3d 1 (1st Cir. 2018), cert. granted, judgment vacated, 139 S. Ct. 2775 (2019). That decision was vacated in light of the Supreme Court's decision in United States v. Davis, 139 S. Ct. 2319 (2019). Accordingly, we **VACATE** the district court's order denying the § 2255 motion and **REMAND** for further proceedings in light of Davis. We express no opinion at this time as to any relevant legal issue.

By the Court:

Maria R. Hamilton, Clerk

cc:
Hon. Juan M. Perez-Gimenez, Maria Antongiorgi Jordan, Clerk, United States District Court for the District of Puerto Rico, Mariana E. Bauza Almonte, Jesus Rojas-Tapia, Vivianne Marie Marrero-Torres, Eric A. Vos, Franco L. Perez-Redondo